### 38236. CLARK et al. v. WELLS et al.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

DECIDED FEBRUARY 3, 1982.

*Richard D. Phillips,* for appellants.
*A. G. Wells, Jr.,* for appellees.